1  **SAO**
2  **LESLIE MARK STOVALL, ESQ.**
   Nevada Bar No.: 2566
3  **ROSS MOYNIHAN, ESQ.**
   Nevada Bar No. 11848
4  **STOVALL & ASSOCIATES**
   2301 Palomino Lane
5  Las Vegas, NV 89107
   Telephone: (702) 258-3034
6  Facsimile: (702) 258-0093
   E-service: court@lesstovall.com
7  *Attorney for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

BRYAN HUMAN, an individual,

      Plaintiffs,

vs.

GEICO INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X inclusive,

      Defendants.

Case No.: 2:21-CV-00166-RFB-EJY

### STIPULATION AND ORDER TO AMEND THE COMPLAINT CAPTION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, and through their respective counsel that the caption in this matter will be amended to reflect the correct defendant's name as set forth in *Exhibit 1* which is attached hereto and incorporated herein by this reference.

///

///

///

///

*Case No.: 2:21-CV-00166-RFB-EJY*
*Human v. Geico*
*Stipulation and Order to Amend the Caption*

DATED this 22nd day of February 2021.　　　　DATED this 22nd day of February 2021.

STOVALL & ASSOCIATES　　　　　　　　　　WINNER AND SHERROD

　*/s/ Leslie Mark Stovall*　　　　　　　　　　　*/s/Lara L. Miller*
_____　　　　　_____
LESLIE MARK STOVALL, ESQ.　　　　　　THOMAS E. WINNER, ESQ.
Nevada Bar No. 2566　　　　　　　　　　　Nevada Bar No. 5168
ROSS H. MOYNIHAN, ESQ.　　　　　　　LARA L. MILLER, ESQ.
Nevada Bar No. 11848　　　　　　　　　　Nevada Bar No. 12618
2301 Palomino Lane　　　　　　　　　　　1117 South Rancho Drive
Las Vegas, Nevada 89107　　　　　　　　 Las Vegas, NV 89102
*Attorney for Plaintiffs*　　　　　　　　　　　*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED**. The caption in this matter will be amended to reflect the correct defendant's name as set forth in *Exhibit 1* which is attached hereto and incorporated herein by this reference.

_____
U.S. MAGISTRATE JUDGE

Dated: February 23, 2021

Submitted by:
STOVALL AND ASSOCIATE

　*/s/ Leslie Mark Stovall*
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
*Attorney for Plaintiff*