1  LESLIE MARK STOVALL, ESQ.
   Nevada Bar No. 2566
2  STOVALL & ASSOCIATES
3  2301 Palomino Lane
   Las Vegas, NV 89107
4  (702) 258-3034
   (702) 258-0093 Facsimile
5  Eservice: court@lesstovall.com
6  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRYAN HUMAN, an individual,        )
                Plaintiff          )     CASE NO: 2:21-cv-00166
vs.                                )
                                   )
                                   )
GEICO ADVANTAGE INSURANCE          )
COMPANY,INC..                      )
DOES I-X; and ROE CORPORATIONS I-X )
Inclusive.                         )
                                   )
                Defendant,         )
_____)

### STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF 18]
### (First Request)

COMES NOW plaintiff BRYAN HUMAN, by and through his counsel LESLIE MARK STOVALL, ESQ., of the law office of STOVALL & ASSOCIATES, and defendant GEICO INSURANCE AGENCY, INC., by and through its counsel LARA L. MILLER, ESQ., of the law office of WINNER, BOOZE & ZARCONE, and hereby submit the following stipulation further extending plaintiff's time to file a response to defendant's motion for partial summary judgment [ECF 18] currently due on August 2, 2021 to August 16, 2021.

STIPULATED AND AGREED that plaintiff's time to file his response to defendant motion for partial summary judgment [ECF18] shall be extended from August 2, 2021, to August 16, 2021.

DATED this 29 day of July, 2021.
STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
*Attorney for Plaintiff*

DATED this 29TH day of July, 2021.
WINNER AND SHERROD

_____
LARA L. MILLER, ESQ.
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: 702-243-7000
*Attorney for Defendant*

## ORDER

Based upon the stipulation of the parties and pursuant to its provisions, and for good cause appearing therefore, it is hereby

ORDERED that plaintiff's time to file his response to defendant's motion for partial summary judgment [ECF 18] shall be extended from August 2, 2021 to August 16, 2021.

IT IS SO ORDERED:

Respectfully submitted by:
STOVALL & ASSOCIATES

_____ 7/29/21
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 30th day of July, 2021.