**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRYAN HUMAN, an individual,
    Plaintiff

vs.

GEICO INSURANCE AGENCY, INC..
DOES I-X; and ROE CORPORATIONS I-X
Inclusive.

    Defendant,

CASE NO: 2:21-cv-00166

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF 18]
### (Second Request)

COMES NOW plaintiff BRYAN HUMAN, by and through his counsel LESLIE MARK STOVALL, ESQ., of the law office of STOVALL & ASSOCIATES, and defendant GEICO INSURANCE AGENCY, INC., by and through its counsel LARA L. MILLER, ESQ., of the law office of WINNER, BOOZE & ZARCONE, and hereby submit the following stipulation further extending plaintiff's time to file a response to defendant's motion for partial summary judgment [ECF 18] currently due on August 16, 2021 to August 23, 2021. On August 12, 2021 plaintiff received Geico Adjuster, Leigh Aubuchon's deposition transcript which is necessary for the plaintiff's response to defendant's motion for summary judgment and additional time is necessary to incorporate this evidence into the plaintiff's response.

STIPULATED AND AGREED that plaintiff's time to file his response to defendant motion for partial summary judgment [ECF18] shall be extended from August 16, 2021 to August 23, 2021.

DATED this ___ day of August, 2021.
STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
*Attorney for Plaintiff*

DATED this ___ day of August, 2021.
WINNER AND SHERROD

_____
LARA L. MILLER, ESQ.
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: 702-4863420
*Attorney for Defendant*

## ORDER

Based upon the stipulation of the parties and pursuant to its provisions, and for good cause appearing therefore, it is hereby

**ORDERED** that plaintiff's time to file his response to defendant's motion for partial summary judgment [ECF 18] shall be extended from August 16, 2021 to August 23, 2021.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

1  STIPULATED AND AGREED that plaintiff's time to file his response to defendant
2  motion for partial summary judgment [ECF18] shall be extended from August 16, 2021 to
3  August 23, 2021.

DATED this 16 day of August, 2021.          DATED this 16 day of August, 2021.
STOVALL & ASSOCIATES                         WINNER AND SHERROD

_____                _____
LESLIE MARK STOVALL, ESQ.                    LARA L. MILLER, ESQ.
Nevada Bar No. 2566                          Nevada Bar No. 12618
2301 Palomino Lane                           1117 South Rancho Drive
Las Vegas, NV 89107                          Las Vegas, Nevada 89102
Telephone: (702) 258-3034                    Telephone: 702-4863420
*Attorney for Plaintiff*                     *Attorney for Defendant*

## ORDER

Based upon the stipulation of the parties and pursuant to its provisions, and for good cause appearing therefore, it is hereby

**ORDERED** that plaintiff's time to file his response to defendant's motion for partial summary judgment [ECF 18] shall be extended from August 16, 2021 to August 23, 2021.

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 16th day of August, 2021.

Respectfully submitted by:
STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*