1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  LARA L. MILLER
   Nevada Bar No. 12618
3  WINNER BOOZE & ZARCONE
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   twinner@winnerfirm.com
6  lmiller@winnerfirm.com

7  *Attorneys for GEICO Advantage Insurance Company*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10
   BRYAN HUMAN, an individual,                CASE NO.: 2:21-cv-00166-RFB-EJY
11
           Plaintiff,
12
   vs.
13
   GEICO ADVANTAGE INSURANCE
14 COMPANY, Inc.; DOES I-X; and ROE
   CORPORATIONS I-X, inclusive,
15
           Defendants.
16

17    **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S
      CAUSES OF ACTION FOR VIOLATION OF NEVADA UNFAIR CLAIMS PRACTICES
18    ACT AND TORTIOUS BREACH OF THE IMPLIED COVENANT OF GOOD FAITH
                              AND FAIR DEALING**
19

20

21         IT IS HEREBY STIPULATED AND AGREED by and between Leslie Stovall of Stovall

22  & Associates, attorney for Plaintiff, BRYAN HUMAN, and Thomas E. Winner and Lara L.

23  Miller, of the law firm of Winner, Booze & Zarcone, attorneys for Defendant, GEICO

24  ADVANTAGE INSURANCE COMPANY that Plaintiff's Amended Complaint alleges causes

25  of action for Breach of Contract, Violation of the Nevada Unfair Claims Practices Act, including

26  punitive damages, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing,

27  including punitive damages.

                              Page 1 of 3

1371222.docx

IT IS FURTHER STIPULATED AND AGREED THAT plaintiff will dismiss, with prejudice, his causes of action for Violation of the Nevada Unfair Claims Practices Act, including punitive damages, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing, including punitive damages, as alleged in his Amended Complaint.

DATED this 20 day of August, 2021.

WINNER BOOZE & ZARCONE

Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102

DATED this 20 day of August, 2021.

STOVALL & ASSOCIATES

Leslie Mark Stovall
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107
Attorneys for Plaintiff

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS ORDERED THAT plaintiff's causes of action for Violation of the Nevada Unfair Claims Practices Act, including punitive damages, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing, including punitive damages, as alleged in his Amended Complaint are dismissed with prejudice.

DATED this 20th day of August, 2021.

---
RICHARD E. BOULWARE, II
United States District Court

Submitted by:

WINNER BOOZE & ZARCONE, LTD.

---
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Page 3 of 3