LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
Email: courts@lesstovall.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HUMAN, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEICO INSURANCE AGENCY, INC.. ) <br> DOES I-X; and ROE CORPORATIONS I-X) <br> inclusive ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.:   2:21-cv-00166 <br><br> **STIPULATION AND ORDER TO EXTEND REBUTTAL EXPERT DEADLINE (Third Request)** |

Pursuant to LR IA 6-1 and LR 26-3 and FRCP 26, the parties, by and through their respective counsel, respectfully submit this stipulation for extension the rebuttal expert disclosure deadline by a period of seven days. Counsel for the parties have conferred regarding this matter and agree that an extension of discovery in this case is appropriate and necessary for litigation efficiency. **The parties herein request an extension of the rebuttal expert disclosure deadlines by 7 days. The parties do not seek the extension or continuance of any other dates.**

/ / /

/ / /

1. **Discovery Completed to Date**

At this time, all parties have exchanged initial and supplemental disclosures. The parties have propounded written discovery in the form of interrogatories, admissions, and requests for production of documents. The parties have engaged in deposition discovery and have exchanged initial expert disclosures.

2. **Discovery That Remains to be Completed**

The parties must exchange rebuttal expert disclosures, complete deposition discovery and generally complete remaining discovery and supplementation as needed.

3. **Reasons Why Discovery Remaining Has Not Been Completed Within the Time Limits of the Court's Prior Order**

The request to extend the rebuttal expert disclosure was made by plaintiff who has a retained expert whose key employee suffered an illness requiring absence from work causing the expert to devote more time than usual to his clinic and delayed work on rebuttal reporting. The defendant agrees to the extension provided that the extension is mutual and applies also to defendant's experts, to which the plaintiff agrees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**4.     Proposed Schedule for Completion of Outstanding Discovery**

The parties respectfully propose the following discovery deadlines:

| **Event** | **Current Deadline** | ~~Proposed~~ **Deadline** |
|---|---|---|
| Last day to add parties or amend pleadings | CLOSED | CLOSED |
| Initial Expert Disclosures | March 8, 2022 | CLOSED |
| Rebuttal Expert Disclosures | April 8, 2022 | April 15, 2022 |
| Close of Discovery | May 6, 2022 | (Unchanged) |
| Dispositive Motions Deadline | June 6, 2022 | (Unchanged) |

DATED this 8th day of April, 2022.                     DATED this 8th day of April, 2022.

STOVALL & ASSOCIATES                                   WINNER AND SHERROD

/s/ Ross Moynihan                                      /s/Lara L. Miller

_____                         _____
ROSS MOYNIHAN, ESQ.                                    LARA L. MILLER, ESQ.
Nevada Bar No. 11848                                   Nevada Bar No. 12618
2301 Palomino Lane                                     1117 South Rancho Drive
Las Vegas, NV 89107                                    Las Vegas, Nevada 89102
Telephone: (702) 258-3034                              Telephone: 702-4863420
*Attorney for Plaintiff*                               *Attorney for Defendant*

## ORDER

The Court having reviewed the stipulation to extend rebuttal expert deadlines in this matter, is hereby ordered that the stipulation is approved. The proposed deadlines set forth under paragraph 4 of the stipulation shall govern future discovery in this case. A separate Order shall not be issued.

**IT IS SO ORDERED** this 8th day of April, 2022.

_____
U.S. MAGISTRATE JUDGE

Submitted by:
STOVALL & ASSOCIATES

/s/ Ross Moynihan
_____
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*