THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER, BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

*Attorneys for GEICO Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HUMAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, Inc.; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00166-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PRETRIAL ORDER** (Fifth Request) |

Pursuant to LR IA 6-1 and LR 26-3 and FRCP 26, the parties, by and through their respective counsel, respectfully submit this stipulation for extension of time to submit the Pre-Trial Order by a period of thirty (30) days. Counsel for the parties have conferred regarding this matter and agree that such an extension is appropriate and necessary for litigation efficiency. **The parties herein request an extension of the deadline to submit the Pre-Trial Order by an additional thirty (30) days. The parties do not seek the extension or continuance of any other dates.**

1. **Discovery Completed to Date**

Discovery is now closed. The parties exchanged initial and supplemental disclosures. The parties propounded written discovery in the form of interrogatories, admissions, and requests for production of documents. The parties engaged in deposition discovery and exchanged initial and rebuttal expert disclosures.

2. **Discovery That Remains to be Completed**

None.

3. **Reasons Why Counsel Requests the Extension to Submit the Pre-Trial Order**

Since participating in non-binding Mediation on August 30, 2022 and requesting the extension to submit the Joint Pretrial Order, the parties worked together to create a draft of the Joint Pretrial Order. However, they require additional time to meet and confer and to finalize the document. The parties already met telephonically one time and have another phone conference scheduled on October 11, 2022. The parties believe that the additional thirty (30) day extension of the deadline for the Pretrial Order is necessary and appropriate based upon the foregoing. The parties also believe good cause is demonstrated by the recited facts and in support of the extension of the instant deadline.

4. **Proposed Schedule for Completion of Outstanding Discovery**

The parties respectfully propose the following deadlines:

| **Event** | **Current Deadline** | **New Deadline** |
| --- | --- | --- |
| Last day to add parties or amend pleadings | -- | Closed |
| Initial Expert Disclosures | -- | Closed |
| Rebuttal Expert Disclosures | -- | Closed |
| Close of Discovery | -- | Closed |

| Dispositive Motions Deadline | -- | Closed |
|---|---|---|
| Pretrial Order | October 3, 2022 | **November 2, 2022** |

DATED this 3rd day of October 2022.                    DATED this 3rd day of October 2022.

STOVALL & ASSOCIATES                                              WINNER & BOOZE

/s/Ross Moynihan                                                           /s/Lara L. Miller

_____                                  _____
ROSS MOYNIHAN                                                          LARA L. MILLER
Nevada Bar No. 11848                                                   Nevada Bar No. 12618
2301 Palomino Lane                                                       1117 South Rancho Drive
Las Vegas, NV 89107                                                      Las Vegas, Nevada 89102
Telephone: (702) 258-3034                                            Telephone: 702-4863420
*Attorney for Plaintiff*                                                    *Attorney for Defendant*

## ORDER

**IT IS SO ORDERED** this 4th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE