THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

*Attorneys for GEICO Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HUMAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GEICO ADVANTAGE INSURANCE COMPANY, Inc.; DOES I-X; and ROE CORORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-00166-RFB-EJY |

IT IS HEREBY STIPULATED by Plaintiff Bryan Human and his attorneys Ross Moynihan and Leslie M. Stovall of Stovall & Associates and Defendant GEICO Advantage Insurance Company, and Thomas E. Winner and Lara L. Miller of Winner & Booze attorneys for Defendant that the Plaintiff's Amended Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

1     IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

2 DATED this 11th day of ~~June~~ July, 2023.      DATED this ___ day of June, 2023.

4 STOVALL & ASSOCIATES      WINNER & BOOZE

_____      _____

LESLIE M. STOVALL      THOMAS E. WINNER
Nevada Bar No. 2566      Nevada Bar No. 5168
ROSS MOYNIHAN      LARA L. MILLER
Nevada Bar No. 11848      Nevada Bar No. 12618
2301 Palomino Lane      1117 South Rancho Drive
Las Vegas, NV 89107      Las Vegas, Nevada 89102
Telephone: (702) 258-3034      Telephone: 702-4863420
*Attorney for Plaintiff*      *Attorney for Defendant*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Amended Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED no trial date has been scheduled in this matter.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of July, 2023.

Submitted by:

WINNER & BOOZE

Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
Attorney for Defendant

Page 3 of 3